16714.   BURNAM *et al.* v. RHINE CONSOLIDATED SCHOOL DISTRICT *et al.*
</div>

JENKINS, P. J.   "As a condition precedent to the holding of an election for school bonds, under the code of school laws, approved August 19th, 1919, section 143 (Ga. L. 1919, pp. 345-6), a notice of such election must be published for thirty days next preceding the day of the election, in the newspaper in which the sheriff's advertisements for the county are published." *Scott School Dist.* v. *Carter*, 28 *Ga. App.* 412 (111 S. E. 216). Accordingly, in the instant case, where it appears that no such notice was published, the judgment validating the bonds was erroneous.

<div align="center">

*Judgment reversed.* *Stephens and Bell, JJ., concur.*

DECIDED FEBRUARY 19, 1926.
</div>

Validation of school bonds; from Dodge superior court—Judge Graham. June 29, 1925.

---

Schools and School District, 35 Cyc. p. 991, n. 90.

*O. J. Franklin,* for plaintiffs in error.

*M. H. Boyer,* solicitor-general, *J. H. Milner, W. A. Wooten,* contra.